# MEMORANDUM DECISIONS.

ABRAMS v. WEINERS. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Nathan Abrams, an infant, against August Weiners. No opinion. Motion granted, with $10 costs.

ALNUTT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Charles Alnutt against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

ALSTON, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) Action by George D. Alston, as executor, etc., against Orestus G. Sheldon and others. No opinion. Judgment affirmed, with costs.

AMERICAN SURETY CO. OF NEW YORK, Respondent. v. HAZARD et al., Defendants (HAZARD, Appellant). (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by the American Surety Company of New York against Rowland N. Hazard and others and Emma P. Hazard. No opinion. Order affirmed, with $10 costs and disbursements.

In re AMES. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) In the matter of Paul K. Ames, as receiver of Long Beach Association. No opinion. Order reversed, and reference directed to Theodore B. Gates to take proof of the matters set forth in the petition, and in the receiver's answer thereto, and to report proofs, with his opinion, to the court at special term. Ten dollars costs and disbursements to the party finally prevailing in this proceeding.

In re ANGEL et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of Myron Angel and another. T. Cleveland, for appellant. W. H. Ingersoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ARENA ATHLETIC CLUB, Respondent, v. McPARTLAND, Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by the Arena Athletic Club against William L. McPartland. M. Schaap, for appellant. M. G. Holstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BACORN, Respondent, v. MORRELL, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Olive A. Bacorn against Frank Morrell. No opinion. Judgment of county court affirmed, with costs. All concur, except LANDON, J., dissenting.

In re BAKER. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) In the matter of the application of William H. Baker for the removal of Jerome J. Bromley and Charles Jones from the office of assessors in the town of Schuyler Falls, Clinton county. No opinion. Motion denied.

BAKER, Respondent, v. SCHOELKOPF, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by George Baker against Louis Schoelkopf. No opinion. Judgment and order affirmed, with costs.

BAKER et al. v. TURNER. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Howard M. Baker and others against George W. Turner, as receiver. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 25.

BALLARD et al. v. BEVERIDGE. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Virginius Ballard and others against Alven Beveridge. No opinion. Motion denied, with $10 costs. See 39 N. Y. Supp. 566.

BECKER, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Charles Becker against the Third Avenue Railroad Company. No opinion. Judgment affirmed, with costs. See 46 N. Y. Supp. 503.

In re BECK ST. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of acquiring title to Beck or East 151st street. No opinion. Motion denied. See 44 N. Y. Supp. 1087.

BENTHINE, Respondent, v. NEW YORK CENT. & H. R. R. CO. Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by William Benthine, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 48 N. Y. Supp. 503.